FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

July 19, 2022

No. 04-20-00125-CV

**PAY AND SAVE, INC.**,
Appellant

v.

Roel **CANALES**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-16-371
Honorable Baldemar Garza, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Lori I. Valenzuela, Justice

This case was submitted by oral argument on October 20, 2021. On July 1, 2022, Appellant moved this court for leave to file a post-submission letter brief. We granted Appellant's motion and filed its letter brief. *See* TEX. R. APP. P. 38.7.

On July 15, 2022, Appellee filed an unopposed motion for leave to file a response to Appellant's post-submission letter brief with a requested due date of August 8, 2022.

Appellee's motion is conditionally granted. Appellee may file a responsive letter brief not later than August 8, 2022, but this court will not delay issuing its opinion and judgment pending receipt of Appellee's letter brief.

It is so **ORDERED** on July 19, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

